IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12-CR-3054 |
| vs. | ORDER |
| LUIS ORTA ESPINOZA, | |
| Defendant. | |

The defendant has filed a motion (filing 63) seeking relief under U.S.S.G. Amend. 782.

IT IS ORDERED:

1. The defendant's pro se motion (filing 63) will be held in abeyance pursuant to General Order No. 2014-09.

2. The Clerk of the Court shall provide the defendant with a copy of this order.

3. The Clerk of the Court shall also give notice of the entry of this order to the United States Attorney, the Federal Public Defender, and to the Supervisory United States Probation Officer who handles presentence reports.

Dated this 18th day of May, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge